UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 3:25-cv-01095

QUAN X. ANDERSON MUSE,

     Plaintiff,

v.

JAX 02 LLC, d/b/a DAVE'S HOT CHICKEN,

     Defendant

_____/

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW Robert Twombly, Esq, of the law firm White & Twombly, P.A., pursuant to Local Rule 2.02(c), respectfully moves for entry of an Order permitting withdrawal as counsel of record for Plaintiff, Quan X. Anderson Muse, and in support states as follows:

1. Robert Twombly, Esquire is currently counsel of record for Plaintiff in this matter.

2. Robert Twombly, Esquire us withdrawing from this matter.

3. Plaintiff has retained substitute counsel within the same law firm, specifically Kristina Georgiou Caballero, Esquire, who is prepared to immediately assume representation. Substituting counsel is admitted to practice in this Court and has filed a Notice of Appearance in this matter [DE19].

4. Plaintiff has been advised of this withdrawal, has consented to the substitution, and will not be prejudiced by the withdrawal.

5. Withdrawal will not delay the proceedings as Plaintiff continues to be represented by

counsel from the same firm.

**WHEREFORE**, Robert Twombly, Esq., respectfully requests that this Honorable Court enter an Order granting this Motion to Withdraw as counsel of record, permitting Kristina Georgiou Caballero, Esq. to enter a Notice of Appearance on behalf of Plaintiff and granting such other and further relief as this Court deems just and proper.

**Local Rule 3.01(g) Certificate**

The undersigned certifies that they have conferred with the opposing party, and the opposing party consents to the undersigned's withdrawal from this matter and the substitution of Kristina Georgiou Caballero, Esq., as counsel of record.

Respectfully submitted,

> **WHITE & TWOMBLY, P.A.**
> *Attorneys for the Plaintiff*
> 9999 NE 2nd Avenue, Suite 306
> Miami, Shores, Florida 33138
> (786) 502-2038 – Phone
> robert@whitetwombly.com
> paralegalryt@whitetwombly.com
>
> By: */s/ Robert Twombly*
> Robert Twombly
> Florida Bar No. 60127

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 11, 2025, a true and correct copy of the foregoing was field with the Clerk of Court via CM/ECF, which will send notice of electronic filing to all counsel of record.

> Respectfully submitted,
>
> By: */s/Robert Twombly*
> Robert Twombly, Esquire
> FBN: 0060127